Glenn B. Stearns Chapter 13 Trustee
4343 Commerce Court, Suite 120
Lisle, IL 60532
Ph:630-577-1313  Fax:630-577-1341

In re:
MICHELLE P HINES

PAUL M BACH
1955 SHERMER RD #150
NORTHBROOK IL

Case No. 09 B 06707
Account No. 3570

60062

MICHELLE P HINES
1015 GLENN DRIVE
NORTH CHICAGO IL
                60064

INDYMAC BANK
6900 BEATRICE DR
KALAMAZOO MI
                49009

NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)

   Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on July 20, 2009      .

                                    Glenn Stearns, Trustee

                                    /s/
                                    _____

                                    By: Kate Hayes


CERTIFICATE OF SERVICE

   I certify that this office caused a copy of this notice to be delivered to the above listed persons by depositing it in the U.S. Mail on July 31, 2009      .

                                    /s/
                                    _____

                                    For: Glenn Stearns, Trustee

Glenn Stearns, Trustee
4343 Commerce Court, Suite 120
Lisle, IL 60532
(630) 577-1313